

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00243-CR

TYRONE DAWAYNE BLACK, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 69,722-D, Honorable Don Emerson, Presiding

September 18, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Pursuant to a plea-bargain agreement, appellant Tyrone DaWayne Black was convicted of murder and sentenced to thirty years' confinement. The trial court's certification of appellant's right of appeal reflects that this is a plea-bargain case from which appellant has no right of appeal and that appellant has waived the right of appeal.

Notwithstanding the certification and his expressed waiver of his right to appeal, appellant filed a notice of appeal, pro se, challenging his conviction.[1]

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of September 3, 2020, we notified appellant of the consequences of the trial court's certification and invited him to demonstrate grounds for continuing the appeal. Appellant has filed a response but has not demonstrated cause for continuing the appeal.[2]

Accordingly, we dismiss the appeal pursuant to Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.

---

[1] Appellant was sentenced on February 29, 2016. He filed a notice of appeal with the trial court clerk on March 11, 2016. The notice was not forwarded to the Clerk of this Court, however, until September 2, 2020. *See* TEX. R. APP. P. 25.2(e).

[2] In his response, appellant requests that the court appoint counsel to represent him in this appeal. Because appellant has no right of appeal, we deny the motion as moot.